UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
                                         :   No. 3:20-CR-202
       v.                        :

CASEY SEESHOLTZ,  :
                Defendant  :

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
**Conspiracy to Distribute Anabolic Steroids**
**21 U.S.C. § 846**

Between on or about October 1, 2017, through on or about October 31, 2019, the exact dates being unknown to the United States Attorney, in Luzerne and Columbia Counties, within the Middle District of Pennsylvania, and elsewhere, the defendant,

CASEY SEESHOLTZ,

did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the United States Attorney, to commit the following offense against the United States:

To knowingly and intentionally manufacture, distribute and

1

possess with the intent to distribute the anabolic steroids methylstenbolone, a/k/a "M-Sten," and dimethazine, a/k/a "DMZ," both Schedule III controlled substances as defined by Title 21, United States Code, Sections 802(41)(A) and (C)(i), in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E)(i).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

The allegation contained in Count One of this Information is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846, the defendant,

**CASEY SEESHOLTZ,**

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of said offense and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to the following:

    a.    an Allen-Bradley encapsulating machine with four circular dies; and

    b.    a Bosch, model GKF-400 encapsulating machine,

3

bearing serial number 01543.180.26.1.00.

If any of the forfeitable property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

Date: 8/21/20

DAVID J. FREED
United States Attorney

By:

PHILLIP J. CARABALLO
Assistant United States Attorney