# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

        v.    :    3:CR-20-202

CASEY SEESHOTZ    :

        Defendant    :

## PLEA

Now, this 3rd Day of September, 2020, the within named Defendant, Casey Seeshotz, having been arraigned in open Court, hereby pleads _____GUILTY_____ to the within Information.

_____
Defendant